**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHEWU AHMED,<br><br>Petitioner,<br><br>v.<br><br>LUIS SOTO, *et al*.,<br><br>Respondents. | Civil Action No. 26-10601 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court upon Petitioner's Second Petition for Writ of Habeas Corpus ("Second Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.)

Respondents submitted an answer to Petitioner's Second Petition (ECF No. 4), and Petitioner replied (ECF No. 6). Respondents have failed to respond to Petitioner's medical allegations or Petitioner's argument that his removal is unlikely in the reasonably foreseeable future. Accordingly,

**IT IS** on this 1st day of September 2026,

**ORDERED** that within five (5) days of the date of the entry of this Order, Respondents shall submit supplemental briefing, including an affidavit from an individual with personal knowledge of efforts to remove Petitioner and an individual with personal knowledge regarding Petitioner's medical allegations, addressing the following:

(1) Identify any efforts that have been made to remove Petitioner, including but not limited to, efforts made to obtain travel documents from Ghana and efforts made to schedule a removal itinerary;

(2) Identify a likely timeline for Petitioner's removal;

(3) Respond to Petitioner's medical allegations and provide relevant medical documentation.

**ORDERED** that within three (3) days of receipt of Respondents' response, Petitioner may file a reply;

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

**JULIEN XAVIER NEALS**
**United States District Judge**